## Commonwealth *v.* Haskins, Appellant.

Submitted March 17, 1975. *Benjamin Haskins,* in propria persona, and *Leonard Sosnov* and *John W. Packel,* Assistant Defenders, and *Benjamin Lerner,* Defender, for appellant; *Mark Sendrow* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.